PFE/RSR: August 2023

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **CHARLES SCOTT BUNCH** | ) |

## INFORMATION

The United States Attorney charges:

### Introduction

At all times material to this Information:

1. The Defense Logistics Agency (DLA) is the United States' combat logistics support agency. DLA manages the end-to-end global defense supply chain—from raw materials to end user disposition—for the five military services, eleven combatant commands, other federal, state, and local agencies, and partner and allied nations. DLA procures items from manufacturers and suppliers and, through DLA Distribution, provides them to the Department of Defense and other federal and state customers, with services such as warehousing, packaging, and transportation. DLA Disposition disposes of excess military property through reutilization, resale, and demilitarization.

2. The Anniston Army Depot (ANAD) is a United States Army maintenance center and munitions storage site located in Anniston, Alabama, within the Eastern Division of the Northern District of Alabama. DLA warehouses items ranging from microchips to M1A2 main battle tanks at ANAD, including AN/PVS-30 scopes, Advanced Combat Optical Gunsights (ACOGs), Aimpoint sights, and AN/PEQ-15 infrared illuminators. Each of these items was designed to be attached to military weapon systems to provide operators with instant nighttime engagement capabilities and/or improved target acquisition. The AN/PVS-30 scopes had a fair market value of approximately $10,395.00 each, the ACOGs had a fair market value of approximately $1,447.00 each, the Aimpoint sights had a fair market value of approximately $300.00 each, and the AN/PEQ-15 infrared illuminators had a fair market value of approximately $1,128.00 each.

3. Defendant **CHARLES SCOTT BUNCH** was a Supervisor in the Packaging Weapons Warehouse (Building 360) for DLA Distribution at ANAD.

<u>**Count One**</u>
<u>**Conspiracy**</u>
<u>**Title 18, United States Code, Section 371**</u>

4. The factual allegations in paragraphs 1 through 3 of this Information are re-alleged as though fully set forth herein.

## THE CONSPIRACY

5.      From in or about at least July 2020, and continuing until in or about December 2021, the exact dates being unknown, within Calhoun County in the Northern District of Alabama, and elsewhere, defendant

## CHARLES SCOTT BUNCH

knowingly and willfully conspired, combined, and agreed with others, known and unknown, to embezzle, steal, purloin, and knowingly convert to his use or the use of another, and to sell, convey, and dispose of without authority, property exceeding $1,000 in value of the United States or of any department or agency thereof, in violation of Title 18, United States Code, Section 641.

## MANNER AND MEANS OF THE CONSPIRACY

6.      It was a part of the conspiracy that civilian employees of the Directorate of Emergency Services at ANAD would and did use their positions as Security Guards and Police Officers to gain access to DLA and Army facilities on ANAD and steal property belonging to the United States.

7.      It was a further part of the conspiracy that defendant **CHARLES SCOTT BUNCH** would and did provide information to coconspirators about the location of government property on ANAD that the coconspirators wanted to steal.

8. It was a further part of the conspiracy that defendant **CHARLES SCOTT BUNCH** would and did witness coconspirators stealing property from Building 360 but not report the thefts.

9. It was a further part of the conspiracy that defendant **CHARLES SCOTT BUNCH** would and did provide this assistance to coconspirators who stole at least 68 AN/PVS-30 scopes, 1,000 Aimpoint sights, 30 PEQ-15 infrared illuminators, and other property belonging to the United States that had a fair market value totaling approximately $1,041,000.00.

10. It was a further part of the conspiracy that coconspirators would and did deliver United States property stolen from ANAD to other coconspirators who would arrange for the sale of the stolen property.

11. It was a further part of the conspiracy that defendant **CHARLES SCOTT BUNCH** would and did receive ammunition and other stolen government property from coconspirators as compensation for his participation in the conspiracy.

### OVERT ACTS

In furtherance of the conspiracy and to achieve the objects thereof, the conspirators committed and caused to be committed the following overt acts, among others, in the Northern District of Alabama and elsewhere:

12.     On various dates during the conspiracy, defendant **CHARLES SCOTT BUNCH** witnessed coconspirators steal United States property from Building 360 at ANAD and failed to prevent or report the thefts.

13.     In or about August 2021, defendant **CHARLES SCOTT BUNCH** provided a coconspirator information on the location of ANS/PV-30 scopes on ANAD that coconspirators later stole.

14.     On various dates during the conspiracy, defendant **CHARLES SCOTT BUNCH** received ammunition and other stolen government property from coconspirators as compensation for his participation in the conspiracy.

All in violation of Title 18, United States Code, Section 371.

PRIM F. ESCALONA
United States Attorney


*/s/ Electronic Signature*
Ryan S. Rummage
Assistant United States Attorney